■ LAUREL A. LINDNER, Individually and as Administratrix of the Estate of RICHARD A. LINDNER, Deceased, Appellant, v CITY OF BUFFALO et al., Defendants, and MARY L. BRADLEY et al., Respondents.—Judgment unanimously affirmed without costs. Memorandum: The court properly charged the jury that any negligence of defendant Lester Bradley in causing the first accident could not be considered a proximate cause of decedent's injuries sustained as a result of the second accident *(see, Osowicki v Engert,* 85 AD2d 778, *lv denied* 55 NY2d 608; *Stanton v Clegg,* 278 App Div 486; *Gralton v Oliver,* 277 App Div 449, *affd* 302 NY 864). Further, we conclude that the jury's finding, that defendant Lester Bradley's negligence in leaving the scene of the first accident was not a proximate

cause of the second accident and of decedent's injuries, was not against the weight of the evidence. (Appeal from Judgment of Supreme Court, Erie County, Ostrowski, J.—Negligence.) Present—Callahan, J. P., Denman, Boomer, Balio and Lowery, JJ.